IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | CRIMINAL No. 08-20171-Ma/P |
| v. ) | |
| ) | |
| TIMMY KINNER, ) | 18 U.S.C. § 922(g) |
| ) | 21 U.S.C. § 841(a)(1) |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about February 3, 2008 in the Western District of Tennessee, the defendant,

------------------------------TIMMY KINNER------------------------------

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Springfield Armory .40 caliber semi-automatic pistol in violation of Title 18, United States Code, Section 922(g).

## COUNT 2

On or about February 3, 2008, in the Western District of Tennessee, the defendant,

---------------------------------------------TIMMY KINNER---------------------------------------------

knowingly and intentionally possessed with intent to distribute 12 grams or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

s/Grand Jury Foreperson
**F O R E P E R S O N**

DATED: May 20, 2008

**UNITED STATES ATTORNEY**