IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | | Crim. No. 08-20171-SHM |
| v. | * | |
| TIMMY KINNER, | * | |
| Defendant. | * | |
| | * | |

**POSITION OF THE UNITED STATES
WITH RESPECT TO SENTENCING FACTORS**

COMES NOW the United States of America, by and through Lawrence J. Laurenzi, United States Attorney, and Christopher E. Cotten, Assistant United States Attorney for the Western District of Tennessee, and notifies the Court, in accordance with §6A1.2 of the *Sentencing Guidelines and Policy Statements*, that the United States has examined the Presentence Report and has no objections.

    Respectfully submitted,

    LAWRENCE J. LAURENZI
    United States Attorney

By: /s Christopher E. Cotten
    CHRISTOPHER E. COTTEN
    Assistant United States Attorney
    800 Federal Bldg., 167 N. Main
    Memphis, Tennessee 38103
    (901) 544-4231
    No. 014277 (Tennessee)

**CERTIFICATE OF SERVICE**

I, Christopher E. Cotten, Assistant United States Attorney for the Western District of Tennessee, do hereby certify that a copy of the foregoing position paper has been delivered, either first class postage pre-paid or via the Court's electronic filing system, to Mr. David M. Bell, Assistant Federal Defender, attorney for the defendant.

This  11th  day of     February   , 2009.


                                            /s Christopher E. Cotten
                                            CHRISTOPHER E. COTTEN
                                            Assistant United States Attorney