PROB 12C
(7/93)

# United States District Court
## for the
## Western District Of Tennessee

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timmy Kinner

Case Number: 2:08CR20171-001

Name of Sentencing Judicial Officer: The Honorable Samuel H. Mays, Jr.

Date of Original Sentence: 5/20/2009

Original Offense: Felon in Possession of a Firearm

Original Sentence: Prison - 46 Months; TSR - 36 Months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Christopher Cotten    Date Supervision Commenced: 12/2/2011

Defense Attorney: David Bell    Date Supervision Expires: 12/1/2014

## PETITIONING THE COURT

[ X ] To issue a warrant.
[   ] To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. **The defendant shall not commit another federal, state or local crime. The defendant shall refrain from any unlawful use of a controlled substance.**

   According to the Affidavit of Complaint, on 12/28/11 at approximately 7:30 p.m. in Memphis, a female named A. Johnson was walking near her residence when she realized that this defendant, who was unknown to her, was following her. The complainant indicated that the defendant pushed her and held her up against a building, whereupon he fondled her breasts and genitalia through her clothing. The victim then reportedly pushed him off of her and ran away. The defendant was located a few minutes later by nearby security officers and then detained briefly by police. The defendant was released at that time after police transported him to his residence. However, after further investigation by Memphis Police, a warrant was issued and the defendant was arrested for this offense on 1/20/12. The defendant's bond, set at $20,000, has not been posted and he remains at this time in the Shelby County Jail. This case is pending in Shelby County General Sessions Court.

2. **The defendant shall not commit another federal, state or local crime. The defendant shall refrain from any unlawful use of a controlled substance.**

   On or about 1/20/12, the defendant used, and thereby possessed, a controlled substance, as evidenced by the positive test results for marijuana from a specimen collected on 1/20/12.

Prob12C
Re: Kinner, Timmy
February 6, 2012
Page 2

U.S. Probation Officer Recommendation:

[ X ] The term of supervision should be

    [ X ] revoked.
    [   ] extended for _____ years, for a total term of _____ years.

[   ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 6, 2012

s/ Edward E. Shaw

Edward E. Shaw
U.S. Probation Officer

Approved:

s/Daryl K. Butler          2/7/2012

Supervising U.S. Probation Officer      Date

THE COURT ORDERS

[   ]   No Action
[**X**]   The Issuance of a Warrant
[   ]   The Issuance of a Summons
[   ]   Other

    *s/   Samuel H. Mays, Jr.*
Signature of Judicial Officer

Date: ***February 8, 2012***

# VIOLATION WORKSHEET

1. Defendant <u>Timmy Kinner</u>
2. Docket Number (Year-Sequence-Defendant No.) <u>2:08CR20171-001</u>

3. District/Office <u>Western District of Tennessee (Memphis)</u>

4. Original Sentence Date <u>5/20/2009</u>

*(If different than above):*

5. Original District/Office _____

6. Original Docket Number (Year-Sequence-Defendant No.) _____

7. List each violation and determine the applicable grade {see §7B1.1}:

| Violation{s} | Grade |
|---|---|
| New arrest: Sexual Battery | B |
| Drug use/possession of marijuana (with prior drug conviction) | B |
|  |  |

8. Most Serious Grade of Violation (see §7B1.1(b))    B

9. Criminal History Category (see §7B1.4(a))74    V

10. Range of imprisonment (see §7B1.4(a))    18 - 24 months

**\*Being originally convicted of a Class C felony, the statutory maximum term of imprisonment is 24 months; 18 U.S.C. §3583(e)(3).**

11. Sentencing Options for Grade B and C violations Only (Check the appropriate box):

    **{ }**  (a) If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c) (1) provides sentencing options to imprisonment.

    **{ }**  (b) If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c) (2) provides sentencing options to imprisonment.

    **{X}**  (c) If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

**Mail documents to: United States sentencing Commission, 1331 Pennsylvania Avenue, N.W.
Suite 1400, Washington, D.C., 20004, Attention: Monitoring Unit**

| **Defendant** | Timmy Kinner | **Docket** | 2:08CR20171-001 |
|---|---|---|---|

**12.** **Unsatisfied Conditions of Original Sentence**

List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation {see §7B1.3(d)}:

| Restitution ($) | n/a | Community Confinement | n/a |
|---|---|---|---|
| Fine ($) | n/a | Home Detention | n/a |
| Other | $75.00 balance on Special Assessment | Intermittent Confinement | n/a |

**13.** **Supervised Release**

If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3{see §§7B1.3(g)(1)}.

Term: _____ to _____ years

If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment impossible upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment {see 18 U.S.C. §3583(e) and §7B1.3(g)(2)}.

Period of supervised release to be served following release from imprisonment:  3 years less length or any imprisonment .

**14.** **Departure**

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

_____
_____
_____
_____
_____
_____

**15.** **Official Detention Adjustment {see §7B1.3(e)}:** months _____ days _____