# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Cr. No. 08-20171-SHM |
| | ) | |
| TIMMY KINNER | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Christopher E. Cotten, Assistant U.S. Attorney applies to the Court for a Writ to have Timmy Kinner R&I #356899 now being detained in the Shelby County Jail, appear before the Honorable Tu M. Pham on April 3, 2012, at 2:00 p.m. for initial appearance, re Revocation of Supervised Release and for such other appearances as this Court may direct.

Respectfully submitted this 28th day of March, 2012.

                                                  s/ Christopher E. Cotten
                                                  Assistant United States Attorney

---

Upon consideration of the foregoing Application,

**JEFF HOLT, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN**

**SHELBY COUNTY JAIL**

**YOU ARE COMMANDED TO HAVE TIMMY KINNER**

appear before the Honorable Tu M. Pham at the date and time aforementioned.

ENTERED this 28th day of March, 2012.

                                                  s/Charmiane G. Claxton
                                                  **UNITED STATES MAGISTRATE JUDGE**