UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

Case No.   2:08cr20171-1-SHM

-vs-

TIMOTHY KINNER

# FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary examination, I find that there is probable cause to believe that the offenses charged in Title 18 U.S.C. § 3583 have been committed and that the defendant committed them.  It is therefore,

**ORDERED** that **TIMOTHY KINNER** is held to answer in the Western District of Tennessee where the prosecution is pending.

**DONE** and **ORDERED** in 167 North Main, Memphis,  Tennessee on this  the 2nd day of April 2012..

s/ Diane K. Vescovo<br>
DIANE K. VESCOVO<br>
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Counsel for Defendant
**TIMOTHY KINNER**