AO 245 S (Rev. 4/90)(W.D. TN rev.)  Judgment in a Criminal Case

Page 1 of 2

# United States District Court

Western District of Tennessee

UNITED STATES OF AMERICA

v.  Case Number  2:08CR20171-01-Ma

**TIMMY KINNER**

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, **Timmy Kinner**, was represented by William Joshua Morrow.

It appearing that the defendant, who was sentenced in the above-styled cause by the Hon. Samuel H. Mays, Jr. on May 20, 2009, and was placed on supervised release for a period of three (3) years, has violated the terms of his supervision. It is hereby ORDERED and ADJUDGED that defendant's supervised release be revoked and that defendant be incarcerated for a term of time served.

Supervised Release is reimposed for a term of eighteen (18) months. **The original conditions of defendant's supervised release are re-imposed, except for conditions three, five and six.**

The defendant shall comply with the standard conditions of supervised release as set forth on Page 2 of this Judgment. The defendant shall also abide by the following additional condition of supervised release:

The defendant shall participate in specialized sex offender treatment programs that may include the use of a plethysmograph and polygraph.

The defendant shall participate in vocational training as directed by the Probation Officer.

The defendant was remanded to the custody of the United States Marshal.

Signed this 15th day of July, 2013.

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

DEFENDANT: TIMMY KINNER
CASE NUMBER: 2:08CR20171-01-Ma

# STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not commit another federal, state, or local crime.

2) The defendant shall not illegally possess a controlled substance.

3) The defendant shall not possess a firearm or destructive device.

4) The defendant shall not leave the judicial district without the permission of the court or probation officer;

5) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

6) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

7) The defendant shall support his or her dependents and meet other family responsibilities;

8) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

9) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;

10) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances except as prescribed by a physician;

11) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

12) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

13) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

14) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

15) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

16) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.