AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____WESTERN_____ District of _____TENNESSEE_____

UNITED STATES OF AMERICA

V.

**TIMMY KINNER**

**WARRANT FOR ARREST**

Case 08-20171-01-Ma

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Timmy Kinner_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ■ Probation/Supervised Release Violation Petition

charging him or her with    (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of Title ____18____ United States Code, Section(s) ____3583____

Thomas M. Gould                                    Clerk, U.S. District Court
Name of Issuing Officer                            Title of Issuing Officer

[signature]                                         June 22, 2015, Memphis, Tennessee
Signature of Issuing Officer                        Date and Location

Bail fixed at _____ by _____
                                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-22-16 | Cole [illegible] | [signature] |
| DATE OF ARREST | | |
| 5-31-16 | | |