✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

TIMMY KINNER

**EXHIBIT AND WITNESS LIST**

Case Number: 2:08cr20171-1-SHM

| PRESIDING JUDGE<br>Tu M. Pham | | | PLAINTIFF'S ATTORNEY<br>Chris Cotten | | DEFENDANT'S ATTORNEY<br>Pro Se w/Peter Oh, Elbow Counsel |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>June 3, 2016 | | | COURT REPORTER<br>FTR | | COURTROOM DEPUTY<br>Sandra McClain |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| x | | 6/3/2016 | | | Tim Smith, USPO |
| 1 | | 6/3/2016 | x | x | Judgment Order for 15-05386 - Count 1 |
| 2 | | 6/3/2016 | x | x | Judgment Order for 15-05386 - Count 3 |
| 3 | | 6/3/2016 | x | x | Judgment Order for 15-05386 - Count 4 |
| | x | 6/3/2016 | | | Timmy Kinner, defendant. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages