# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Western Division
### Office of the Clerk

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

## NOTICE OF SETTING
### Before Judge Samuel H. Mays, Jr., United States District Judge

June 6, 2016

RE:   2:08cr20171-01-Ma
        *USA v. TIMMY KINNER*     (in custody)

Dear Sir/Madam:

A **SUPERVISED RELEASE VIOLATION HEARING** has been **SET** before **Judge Samuel H. Mays, Jr.** to **FRIDAY, JULY 15, 2016** at **9:30 A.M. in Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY:   s/ *Zandra Frazier*
        Zandra Frazier, Case Manager
        901-495-1277
        E-mail: zandra_frazier@tnwd.uscourts.gov