RECEIVED
16 OCT -3 PM 2: 15
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

29 Sept 2016

Att: Clerk of Courts

My name is Timmy Kinner and my F.B.O.P number is 22306-076. I am currently being housed at FCI Memphis. I am writing to request a copy of the following documents: Sentencing Transcripts, Judgement of Commitment, and also my Docket Sheet.

Thank you very much for your time and attention to this very important matter.

J. Kinner

Timmy Kinner #22306-076
P.O. Box 34550
Memphis, TN. 38184-0550

Mr. Timmy Kinner #22306-076
FCI Memphis
P.O. Box 34550
Memphis, TN. 38184-0550

MEMPHIS TN 380
30 SEP 2016 PM 4 L

⇔22306-076⇔
Federal Court Clerk
167 N MAIN ST
Memphis, TN 38103
United States

38103-181699