

Thomas M. Gould
*Clerk of Court*

# United States District Court
# Western District of Tennessee

| | |
|---|---|
| Federal Building<br>167 North Main Street, Suite 242<br>Memphis, Tennessee 38103 | Federal Building<br>111 South Highland, Room 262<br>Jackson, Tennessee 38301 |
| *901-495-1200 (Telephone)*<br>*901-495-1250 (Facsimile)*<br>*Tom_Gould@tnwd.uscourts.gov* | *731-421-9200 (Telephone)*<br>*731-421-9210 (Facsimile)* |

Date   1/12/2017

NOTICE:       Retrieval of Exhibits in Case Number :  _08-20171 6/3/16 hearing_____

Dear Counsel:

Our records indicate a final determination of the above styled case has been entered.

Local Rule 79.1(c) of the United District Court for the Western District of Tennessee specifies:

> After the final determination of any action, counsel shall have 30 days within
> Which to withdraw exhibits in the clerk's custody. In the event the exhibits are not
> So withdrawn, the clerk shall destroy or otherwise dispose of said exhibits.

If you are interested in retrieving the exhibits entered by you in this case, you must contact the Memphis Clerk's office at 901-495-1200 within 10 days from the date of this letter to make arrangements for said retrieval. We require a two (2) days notice in order to have the exhibits ready for pick-up. You must physically retrieve and sign for the exhibits. Absent communication from you, the exhibits will be destroyed.

Thank You.

Best Regards,

SEE ATTACHED SHEET(S) - YOU CAN
ONLY RETRIEVE EXHIBITS THAT
YOUR PARTY SUBMITTED

Thomas M. Gould
CLERK OF COURT

By: ___ s/ J. Easley_____
Deputy Clerk

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN                DISTRICT OF                TENNESSEE

UNITED STATES OF AMERICA

V.

TIMMY KINNER

## EXHIBIT AND WITNESS LIST

Case Number:  2:08cr20171-1-SHM

| PRESIDING JUDGE Tu M. Pham | | | | | PLAINTIFF'S ATTORNEY Chris Cotten | DEFENDANT'S ATTORNEY Pro Se w/Peter Oh, Elbow Counsel |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) June 3, 2016 | | | | | COURT REPORTER FTR | COURTROOM DEPUTY Sandra McClain |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| x | | 6/3/2016 | | | Tim Smith, USPO | |
| 1 | | 6/3/2016 | x | x | Judgment Order for 15-05386 - Count 1 | |
| 2 | | 6/3/2016 | x | x | Judgment Order for 15-05386 - Count 3 | |
| 3 | | 6/3/2016 | x | x | Judgment Order for  15-05386 - Count 4 | |
| | x | 6/3/2016 | | | Timmy Kinner, defendant. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages