My name is Timmy Kinner I am writing to get a copy of my docket sheet(s) & plea agreement for legal purposes.

THANK YOU!

Timmy Kinner
#22306-076

