CHARLESTON WV 250

28 MAR 2017 PM 1 L

22306-076
Federal Court Clerk
167 N MAIN ST
Memphis, TN 38103
United States

38103-181699

RECEIVED
17 MAR 31 AM 11:53
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS